RECEIVED

APR 2 6 2021

ELIZABETH G. FLORES, CLERK
EIGHTH COURT OF APPEALS



# 08-21-00009-CV

08-21-00009-CV

## IN THE COURT OF APPEALS
## EIGHTH JUDICIAL DISTRICT
## EL PASO, TEXAS

FILED IN
COURT OF APPEALS

APR 2 6 2021

ELIZABETH G. FLORES
CLERK 8th DISTRICT



---

## IN THE MATTER OF THE FRAUDULENT MARRIAGE OF EDWARD ALLEN BREEDING, III AND DEBRA ANN BREEDING, AKA: DEBRA HOLLAND

---

## APPEALED FROM THE 266th JUDICIAL DISTRICT COURT
## OF ERATH COUNTY, TEXAS, TRIAL COURT NO: CV 35815;
## AND TRANSFERRED FROM THE ELEVENTH COURT OF
## APPEALS, EASTLAND, TEXAS: 11-20-00272-CV

---

## APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF, REQUEST CLARIFICATION, REQUEST COPY OF CLERK AND REPORTER'S RECORD BY MAIL, AND SEEK PRO-BONO COUNSEL.

---

> **Debra Ann Holland  - Unrepresented Appellant**
> **Mailing Address:**
> **9036 Cedar Ridge Ct. Cleburne, Texas  76033**
> **Telephone: 772-222-7248**

**TO THE HONORABLE EIGHTH COURT OF APPEALS:** Pursuant to TEX.

R. APP. P. 10.5 and 38.6(d), the Appellant, Debra Ann Holland aka: Debra Ann

Breeding, files this First Motion to Extend Time to File Appellant's Brief and

APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF, REQUEST CLARIFICATION, REQUEST COPY OF
CLERK AND REPORTER'S RECORD BY MAIL, AND SEEK PRO-BONO COUNSEL REFERRAL FROM COURT.

requests clarification, along with again requesting a copy of the trial Court Clerk and Reporter's Record, with request of being relayed potential pro-bono counsel information from the Court. Appellant has not been provided either trial Court record, after numerous requests as shown in the records of both courts and with the Erath County District Clerk. She requested the Reporter's Record along with the Clerk's Record, dated 12.28.20; those were received by them on 12.29.20. It was followed up on by Appellant on 1.21.2021, after initial confusion regarding those records was conveyed to her. A copy of what was originally requested was forwarded to the Erath Court Clerk for the Court Reporter, acknowledged by Wanda Greer as received on 1.22.2021. Though there were requests in writing, filed by mail even into March, 2021, as relayed again in attached email provided, Appellant's not received the records. Appellant knows not the cause for such a delay in receiving those by mail from the trial Court, District Clerk, or Clerk of said Court.

## INABILITY TO SIGN OUT RECORDS IN PERSON

Appellant cannot travel from the DFW area of Texas to El Paso (20+ hours round-trip, or otherwise) to sign out hard copies from the Court, as would have been possible if this case was not transferred from the Eleventh Court of Appeals; thus Appellant has requested the records be sent to her, and awaited them to no avail.

## UNAWARE OF WHEN BRIEF IS DUE

Appellant is also unsure when the brief is currently due. Appellant requests a 90-day extension of time – after the records reach her – to file the brief. Appellant needs additional time to familiarize herself with the record and legal issues pertinent to the record in order to prepare the brief.

## ADDITIONAL REASONS FOR EXTENSION

Appellant also relies on the following reasons, in addition to the routine matters that Appellant must attend to in daily life, and the foregoing reasons, to explain the need for the requested extension: Appellant has been unjustly displaced from her home, as a result of Appellee's initial 2004/2005 and subsequent August of 2019 frauds which led to all counts of litigation related to this and the other appeals. Appellant has also been unrepresented in handling another suit relevant to the subject matter in this suit. That case is a direct result of Appellee in this appeal operating in fraud and bad faith in the life of Appellant and then in the trial Court, to file and pursue the trial court case which resulted in this appeal and in Appellant losing her home; Appellee's exhibited zero willingness to discuss settlement.

## FIRST EXTENSION FOR TIME ON BRIEF REQUESTED

This is the first request for extension of time to file the brief. Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

## PRO BONO COUNSEL NEEDED

If this Court is aware of any program to which Appellant, who is dually shown to be indigent in the trial court case and this appeal, could be appointed adequate pro-bono counsel to prepare the brief she asks the Court to relay such information so Appellant can pursue such assistance to aid in justice being served. The added time requested should allow Appellant or such a professional the additional time to become familiarized with the record and legal issues in the case in order to prepare Appellant's brief.

## CERTIFICATE OF CONFERENCE

I certify that I attempted to confer with counsel for Appellee numerous times about numerous motions and discovery; he typically does not respond to such attempts. At one point he responded that he should not be talking to me at all. I disagreed.

He was willing to speak with an attorney I hired in efforts to attempt discussions on settlement late last year, after she conveyed that per the law he is required to abide by lawyer ethics, and yet he thereafter refused to discuss anything with me. He seemed willing to discuss settlement with her, to have a new annulment -- which should have been pursued and granted, instead of a fraudulent divorce -- now ordered for the litigants, but never responded to me afterwards on the same.

## VERIFICATION

All facts recited in this motion are within the personal knowledge of Appellant signing this motion; therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## **PRAYER FOR RELIEF**

**Appellant asks for the above and all other relief this Court deems just.**

**Respectfully submitted,**

4·21·21

DEBRA ANN HOLLAND
Unrepresented Appellant

Mailing Address: 9036 Cedar Ridge Ct, Cleburne, Texas, 76033
Telephone: 772-222-7248

## CERTIFICATE OF SERVICE

Appellant certifies mailing a copy of this to opposing counsel by First Class U.S.P.S., RRR.

DEBRA ANN HOLLAND